IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICKY WELBORNE** : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **14-1457** |
| **BRENDA TRITT** : | |
| : | |
| **Defendant** : | |

## ORDER

**AND NOW**, this 27th day of October 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of Magistrate Judge Caracappa's report and recommendation (doc. no. 13), to which no timely objection has been made, **IT IS HEREBY ORDERED** that:

1. The report and recommendation is **APPROVED** and **ADOPTED**;[1]

2. The petition for writ of habeas corpus is **DENIED**;

3. There is no probable cause to issue a certificate of appealability;

4. The clerk is directed to mark this case **CLOSED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] Since the Mr. Welborne has not filed objections, I need only give some reasoned consideration of the report and recommendation. Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987). I have reviewed Judge Caracappa's report and recommendation and find it to be well reasoned and free of clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note.